# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESLIE MARTIN,<br><br>               Petitioner,<br><br>v.<br><br>WILLIAM REUBART, et al.,<br><br>               Respondents. | Case No. 3:22-cv-00101-LRH-CLB<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 8), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' motion for extension of time (first request) (ECF No. 8) is **granted**. Respondents will have up to and including August 11, 2022, to file a response to the petition.

DATED THIS 28th day of June 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE