# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WESLIE MARTIN,

                              Petitioner,

v.

WILLIAM REUBART, et al.,

                              Respondents.

Case No. 3:22-cv-00101-LRH-CLB

**ORDER**

Respondents have filed a motion for extension of time (second request) of forty-three days to file and serve their response to Petitioner Weslie Martin's petition for writ of habeas corpus. (ECF No. 10.) Respondents' request is based on needing additional time to prepare a complete index of the state court record because the Attorney General's support staff are currently understaffed. (*Id.*) Martin opposes the request, explaining, in part, that "every attorney [he has] ever worked with was able to pull [his] case instantly online without any trouble." (ECF No. 11.) Respondents replied, explaining that "[u]ntil support staff compile the state-court record relevant to this case, counsel cannot prepare the response." (ECF No. 12.) The Court finds good cause to grant Respondents' motion for extension of time, but it warns that future requests for extension of this deadline will be viewed unfavorably unless extraordinary circumstances are presented.

IT IS THEREFORE ORDERED that Respondents' motion for extension of time (second request) (ECF No. 10) is **granted**. Respondents will have up to and including September 23, 2022, to file a response to the petition.

DATED THIS 25th day of August 2022.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE