UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WESLIE MARTIN, | Case No. 3:22-cv-00101-LRH-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Weslie Martin's declaration of abandonment. (ECF No. 26.) On November 30, 2022, this Court determined that Grounds 4(a), 4(c), and 5(b) of Martin's petition were unexhausted and instructed Martin to inform the Court how he wished to proceed on those unexhausted grounds. (ECF No. 25.) Martin has timely complied, electing to abandon the unexhausted grounds and "proceed with the exhausted grounds that were allowed by the Court." (ECF No. 26.)[1]

**IT IS THEREFORE ORDERED** that Grounds 4(a), 4(c), and 5(b) are DISMISSED.

**IT IS FURTHER ORDERED** that Respondents have up to and including 30 days from the date of this order in which to file an answer to the remaining grounds for relief. Martin has 30 days from the date of service of Respondents' answer to file a reply.

DATED THIS 7 day of December 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Martin also explains that the Court may have misinterpreted his argument in Ground 1. (ECF No. 26.) Martin's explanation is noted.