# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLIE MARTIN,<br><br>　　　　　　　　　Petitioner,<br>v.<br>WILLIAM RUEBART, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:22-cv-101-LRH-CLB<br><br>**ORDER** |

　　　　Upon review of the exhibits filed in this matter, it appears Respondents failed to comply with the redaction requirements of LR IC 6-1(a)(1)–(3) and (5). Compelling reasons exist to seal the documents as they contain personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(1) ("If an individual's Social Security number must be included, only the last four digits of that number should be used."); LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that child should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed.").

**IT IS THEREFORE ORDERED:**

1. Respondents must file redacted publicly available copies of the documents filed as ECF Nos. 14-2, 14-3, 14-5, 14-9, 14-13, 14-16, 14-21, 14-22, 14-23, 14-24, 14-26, 14-28, 14-40, 14-49, 15-2, 15-16, 15-20, 15-22, 15-33, 16-38, 17-1, 17-6, 17-14, 17-20, and 32, in compliance with LR IC 6-1(a)(2)–(5) by March 10, 2023; and

2. The clerk of the court shall seal the ECF documents listed in paragraph 1 of this Order.

DATED this 24th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE