# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WESLIE MARTIN,

          Petitioner,

v.

W.A. GITTERE, *et al.*,

          Respondents.

Case No. 3:22-cv-101-LRH-CLB

**ORDER**

The state court record presented in this habeas matter omits Crime Stopper Tip sheets ID XXX-XXX419 and XXX-XXX556, which the state courts inspected *in camera* in determining whether they contain exculpatory information that must be disclosed to the defense before trial. (*See* ECF Nos. 14-1 at 34; 14-33 at 3–4; 17-11; 17-13 at 13–14); *see also Cullen v. Pinholster,* 563 U.S. 170 (2011) (federal habeas review is limited to the state court record).

**IT IS THEREFORE ORDERED:**

1. Within 30 days of entry of this Order, Respondents must file (a) the Crime Stopper Tip sheets ID XXX-XXX419 and ID XXX-XXX556 that were submitted to the state district court on November 1, 2018 (*see* 14-1 at 34; 14-33 at 3–4; 17-11; 17-13 at 13–14), and (b) an affidavit signed by a knowledgeable State prosecutor verifying the Tip sheets filed in this Court are identical to those submitted to the state district court; and

2. Respondents must comply with all rules applicable in this Court when filing the documents set forth in paragraph 1 of this Order.

DATED this 30th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE